Okay, the next case is number 16-1955. Intellectual Ventures II LLC against Ericsson Incorporated. Mr. Joffrey. Judge Newman, may it please the court. I thought it would be useful to first step back and explain how the pilot and training symbols are actually used, which might have been lost in the briefing. This might provide some context for why they're very different in the 127 patent. So the communication channel between the receivers really quickly. And so you frequently need to fine-tune the synchronization between the receiver and the transmitter. And that's accomplished by using these short pilot symbols in the data that do quick little course corrections. The training blocks, on the other hand... But that could still be done if it's put in between the blocks rather than within a block, right? Well, the difference, Your Honor, is that the training blocks are... No, but answer my question. Your Honor, that is not how... That function can still... Well, maybe not. But the function you described can still be performed if the pilot symbols are put in between the data blocks, right? If the pilot symbols are placed between the data blocks, there can be course correction, Your Honor, but there would be a problem. And the problem is the following. If you were to put the pilot symbols between the data blocks, the only way to do that, given the way the system works, is to have a string of pilot symbols together. The string of pilot symbols is... And the reason you need to do this in order to have them between the data set blocks is because of the way the Fourier transform works in this invention. So what you have originally is you have the data, which is represented in frequency space. So the y- axis would be the data and the x-axis would be the frequency. So what's the point? And so the two things together in the frequency domain, and then take the inverse Fourier transform, that the mathematical result of that is a convolution. So they get mixed together. So where does it say that in the record? So that is said in the record. It's shown on column 7. It explains how the pilot symbols are added. What lines are you looking at in column 7? So it's explaining figure 2, which is found, which is talking about the pilot training symbol inserter 46. And it says that the pilot training symbol inserter on what column 7 lines 23 through 25, the pilot's training symbols are typically provide pilot blocks and training blocks that are asserted into the data blocks by the adders 44. So that's that what it's doing there is it's taking the pilot, they're making pilot symbols, and they're adding them to the data blocks using this adder in frequency space. What later happens, and you'll see in column 8 at the top, that the modulator now includes an inverse discrete Fourier transform. How is this telling me that it can't, that the pilot symbols can't be inserted into individual data blocks? It's telling me. As between individual data blocks? The reason it's telling you that, your honor, is because the only way that you would be able to insert it in between is if you had a continuous string of pilot symbols. If you had that, that would be totally inefficient because you'd be doing this incredibly long amount of course correction, a huge amount of data being used to do this small course correction. Who said that? Where's the evidence in the record that that's true? You're saying that you'd have to have multiple pilot symbols if you put them in between the data blocks and that would be inefficient. Where does the record tell us that? The way that this is described, your honor, in the record by IB's expert, can be found on appendix 1352, which is describing how the pilot symbols are inserted into the data structure. But where does he say that would be inefficient? He says that about efficiency on 1338, he talks about the efficiency at the time of the invention on A1338. At the time of the invention, the excess amount of transmission time required for training reduced the overall efficiency of communication. This is paragraph 26, your honor. This excess stemmed from the provision of different training sequences for different purposes. But that's not saying that you need multiple pilot symbols if you put them in between the blocks and that's inefficient. Where does somebody say that? The place that someone says that it would be inefficient to place multiple symbols is the other. First, that you'd have to put multiple pilot symbols in and second, that that would be inefficient. Where is that? Well, I believe that's been agreed to by the parties. If you look on their brief, the red brief, paragraph page 20, you will see a diagram explaining this. I can't read a diagram. I want to see testimony. Where is their testimony saying what you've been saying? The testimony that I've been saying appears on 1352, talking about the insertion of the pilot blocks. The description by the expert, Dr. Hartog, describing the differences between pilot symbols and training symbols that I've been saying, discussing right now, was found in the testimony. The difference between pilot symbols and training symbols, what I'm asking is your argument is if you put the pilot symbols in between the data blocks, you have to have multiple pilot symbols and that that's inefficient. Where does somebody say that? That is found, Your Honor. That is found in Dr. Hartog's testimony where he talks about the multiple. I'm getting to your end. It's 1084. Yes. You will see the page 120 of his testimony, line 17. And he's asking, what question does 127 patent describe or disclose anywhere how the pilot symbols are buried or spread within rectangle N? Answer. They are spread because they go through the FAT and everything and every number, every volume that occupies just one frequency spot has changes the value at every single one of the time spots involved. But that's not saying what you're saying. Is that the best you have? So that's saying how the pilot symbols are mixed in with the data and why that needs to be the case through the FFT. What I'm saying is the point of the invention, as shown on, for example, column three, lines 10 through 12, is this whole point of the patent and the discussion of the patent is that there is a problem which reduces system throughput and hence the system efficiency, column three lines 11 through 13. And what I'm saying to you is the description I've just given of how the pilot symbols are mixed in with the data symbols, that can occur, that occurs due to how the Fourier transform works. And you want to not have a large string of training symbols every time you want to course correct. There's a separate thing that does that. It's the training block. We're not talking about training symbols. We're talking about pilot symbols. Right. And that's very important. They're very distinct how those two things work. The training symbols, training blocks, are allowed to be a long string of continuous symbols, as the patent says. And the reason why they're allowed to be long is because they only work once. Whereas if you have a pilot symbol and you want to be quick... I understand. But I'm puzzled as to where this patent tells you that you can't have the pilot symbols between the data blocks. The reason, Your Honor, is twofold. The first is the way the claim is written. The claim includes two different things. One is it talks about pilot symbols and training symbols. And you can't conflate the two. The second way is that the claim talks about how you insert pilot symbols into data blocks. And that aligns with the natural language of putting many things into many other things. What about the fact that the specification says that the pilot symbols can be inserted anywhere in the data blocks? I mean, that's a quote from the specification. That's right. And they can be inserted anywhere in the data blocks in frequency space, and then therefore you transform. But I think the question would be, because it says data blocks, why would it be between data blocks? Or maybe at the beginning of a block, or at the end of a block, which would consequently be between blocks. And so I think that the district court's construction included not just inserting them within a given block, but also at the beginning or end, or if you would say between data blocks. Right. But let me go back to the natural language. If I'm going to say I want to insert many things into many other things, for example, I want to say, I'm going to put people into hotel rooms. Let's say into, because that's what the claim says. Let's say I'm going to put people into hotel rooms. That means that I have a certain, any number of people into any number of hotel rooms. Many different, maybe one hotel room, maybe many. What I would not understand that to mean is that you put people into the corridor between the hotel rooms. That's not what the language says. And furthermore, the language, we could have said other things. We could have said, talked about, for example, example would be claim 20, where it actually talks about putting things between different blocks. Well, you could have also said put it into within an individual block, and it doesn't say that. You could have, but the problem, of course, is that we don't necessarily want it in just one block. We want it in multiple different blocks. And we might want different numbers in each of the multiple different blocks. And so the way to express that would be exactly what we said. We could have said, for example, another example, could we insert the pilot symbols into data structures. Then you don't know where in the structure it could be. It could be between the meta blocks. It could be at the ending. It could be at the end. It didn't say that. It said into the data blocks. And so therefore, because of the way that, that's the best way to express exactly what our construction would have. The board below did not, the sole reason the board came to a contrary position was simply based upon an assumption that inserted into must mean you could put it anywhere in between the blocks or in the blocks or any other place. But if you're going to do that, then you're going to run into the problem with the Fourier transform that I was talking about earlier, where you need a bunch of pilot symbols together. And if you do that, then you essentially have what's shown to be a training symbol, right, the training block. The training block is a bunch of pilot symbols all jammed together, and then that's Fourier transform and it becomes a block. That's not what, that's very different than just saying pilot symbols are being inserted into the data blocks. Am I correct in understanding that this particular element of the claim was in the prior? Because I see in column two, which is describing background of the invention, it says instead of being placed as a prefix to the data structure, the pilot structures are periodically arranged within groups of data symbols. That's at column two lines 19 through 22. Right, your honor, and that is describing in that system right there a system that exists solely in time space. There's no frequency dimension. And you can tell that by looking at column two lines 30, where it starts talking about frequency domain. So beforehand, what you had, the problem was you'd stick your pilot symbols, what they call pilot structures, in order to provide some sort of synchronization. People knew how to do synchronization before this patent. But because you were only acting in time domain, you weren't able to combine in the frequency domain, you'd have to stick, do this. You'd have to stick these pilot structures between the data blocks. And that's what shows. It says arranged within. It uses the language arranged within. You're saying that means between? Well, it says that they are placed, they're periodically arranged within groups of, which is different than inserted into. So they're placed within groups of the data blocks. That's how the old systems work. And that's how the prior art that the board relied upon worked. But what is shown here, especially on column seven, is the addition of the pilot symbols and frequency domain that then gets transformed. And so the data and the pilot symbols get mixed together. Okay. I have another question for you, which is in column seven, line 24, 23. It says that pilot blocks and training blocks are inserted into, per-en, or combined with the data blocks. So is that equating asserted into and combined with? Do those mean the same thing? I don't believe so. And you can see that same language reflected in claim one. Right. Where you also see that you have inserting the pilot blocks, the pilot symbols, into the data blocks. And then you also combine the data blocks, data symbols, with the data blocks. And so that is, yet again, another, because they're using different words, the presumption is they're going to mean different things. In fact, they do mean different things. One is you took the pilot symbol and you used this Fourier transform to insert it into. The other is that you actually took the training block and jammed it to the beginning of the entire data structure, which is shown in figure six, for example. Okay. Let's hear from the other side. We will save you some rebuttal time. Thank you. Mr. Lowe. Good morning. Andrew Lowe for Appellate Erickson. Judge Stoll, I think you got it right when you said, aren't we talking about the pilot symbols that are in the prior art? That's exactly what we're talking about. Those pilot symbols exist in the time domain, which is what the counselor said. And that's exactly the prior art that the board applied. First, this patent is really about training symbols and the enhancement to those training symbols. And that's what the patent describes as the novelty or the new invention. And the board found that was disclosed by the Schmidl reference. And then we put forward the Arsalan reference, showing that pilots were known to insert in the data structure in the time domain. And then we looked to the claim, and the claim says, insert pilot symbols into data blocks. And that's understood. I think the board got it correct that it's understood to be within or between one or more data blocks. And that's a common usage. Counselors use the analogy of hotel rooms and that you get put into that. Other analogies exist as well. If you think of kids at a playground, you've got the ball pits full of balls. The kids jump into those balls. Are they jumping inside of those balls? No. They're jumping into a grouping. The same if you break up a pile of leaves and the kids jump into those leaves. They're going into the grouping. And that's the way this claim term is understood. And so when you put the pilots in, in the frequency domain, into the grouping of the data blocks, and then as it's transformed, you're going to end up with pilot blocks and ultimately pilot symbols in the time domain. And if we look to what's in the specification, what's disclosed, look at Figure 6. The description of that says that the pilot symbols are omitted for simplicity. But that is a time domain diagram. All the experts agree that's time domain. And these pilot symbols have been omitted. And Dr. Haas, I think on page 20 of our brief, Dr. Haas put forward the diagram that counsel was mentioning, which is what would it look like if you put those pilot symbols in? And he disclosed that and described this is exactly how a person with skill in the art would understand if they hadn't been omitted for simplicity. And that's also consistent with the specification that says on column 7, line 42, that the pilot blocks themselves are typically transmitted with data blocks to calibrate the system. Well, under their construction, the pilot blocks disappear in the time domain. And the only transmission is in the time domain. So pilot blocks must exist in the time domain to be transmitted. And that's exactly our position. They exist in the time domain. And you look to the background, which we were talking about. And there, again, we're talking about what's in the time domain, which is what we're both talking about. Pilots exist in the time domain. That's what was disclosed. And there's nothing in the specification that says, no, no, no, we're totally changing that kind of prior art. And we're going to only put in these pilot symbols. And then when they get transformed, they're going to disappear into data blocks. You're saying that maybe the specification doesn't explain why you would want to have it in the data structures as opposed to between. Correct. I mean, the data blocks as opposed to between the data blocks. That's absolutely right, Your Honor. And really what we're doing here is they're trying to create an embodiment and then read limitations from that embodiment into the claims. That embodiment doesn't exist where a pilot symbol is inserted inside of a data block. So the prior art shows of the patent shows that the pilot symbols exist in the time domain. And that's exactly what the expert looking at the disclosure illustrated. And it's consistent with the figure six. Figure six says in the time domain, pilot symbols would be there if they're just omitted for simplicity. It's also consistent with the language that pilot blocks themselves are typically transmitted with data blocks. Again, the only time that transmissions occur are in the time domain. So they must exist in the time domain. There is a third area that we addressed in the briefing. And that is the patentee chose to incorporate by reference one of their earlier patent applications. And there again, that's consistent with our understanding and the board's construction of this term. I don't understand that. I looked at the provisional application. I don't see where that gets you. Well, Your Honor, when it talks about transmission of a known OFDM symbol, that is referring to the time domain. But it doesn't tell you anything about whether the symbol is within an individual block or between blocks, right? It does in the terms of when they are placed between blocks in the frequency domain, when pilot symbols are between blocks in the frequency domain, when they get converted into the time domain. Answer my question. Where does the provisional tell us anything about that? It doesn't expressly tell us about that. That's the problem. Right. But, Your Honor, understood by a person of skill in the art, as Dr. Haas testified, it leads one to know that that's how they're created. They're first generated in the frequency domain and then converted into the time domain so that there's a known OFDM symbol. If there was data within that symbol, then it would no longer be known. So it has to be just pilots that have come through into the time domain. The other concept that counsel raised was that perhaps they could have changed their claims and addressed it by instead of saying insert into data blocks, a group of data blocks, they could have said a data structure. However, in the patent, in the claim, data structure is in the time domain. It's not in the frequency domain. So if you look at the claim, when it talks about the output of the modulator, they're talking about that data structure being in the time domain. So, again, some of this is a little bit confusing. Everything starts in the frequency domain. It's put together, run through the modulator, and it comes out in the time domain. And then under our construction, the pilot symbols still exist in the time domain, just like in the prior art, just like in the provisional, as well as described in the rest of the spec. Under their construction, the pilot symbol ceased to exist in the time domain because they're all mixed up with data structures. The other aspect they raised was the inefficiency. Again, I think you're correct. That's nowhere in the specification. In fact, it's contrary to the background, which uses exactly the structure we're talking about, which are time domain pilots, as well as it's contrary to the provisional, which uses the time domain OFDM pilot symbol, which is, again, it's a full pilot symbol. It's not a mix of data and pilots when it comes through the time domain. Another aspect that we have looked at with respect to the background is that—let me point to that. It's in column 2, line 17, that pilot symbols, they have the same structure as training symbols. And again, even in figure 6, which is the embodiment description of the time domain, those training symbols appear in the time domain. If you have the same structure of the training symbols and they appear in the time domain, the same would happen for the pilot symbols. They would also appear in the time domain. So all of these things, the specification itself, describing the embodiments, the background, all of that supports that the pilots inserted into the groups of data blocks can be between those data blocks and ultimately result in pilot symbols in the time domain, just as the prior shows. Are there any questions? Any questions? Good. Thank you, counsel. The first point is everyone acknowledges that pilot symbols can actually live within a data block. Their argument is solely they could also live between the data blocks. That makes the natural language very different than saying children can jump into a pile of leaves. No child jumps into an individual leaf. So the natural language doesn't work as much. Suppose it said child jumps into leaves. You wouldn't think he goes into the leaf, right? Well, that's exactly the point. But the invention and both parties admit that the pilot symbol can actually live inside the data block. Now, they say it could also live between them, but they admit that it could live inside the block. So that's why it's very different. You can't have a child jump into a leaf. The second point goes to... I think the problem we might have is the specification nowhere says why it would be advantageous, why anyone would want to have it within the data blocks as opposed to... I mean, within a particular data block as opposed to into the data blocks, which might have multiple, which would include between data blocks. I think that's the problem. I understand the problem the court's having. Again, the thing that I go back to is the point being, is that if you're going to take just the way you're going to add a pilot block and a data symbol together and then add them together in a Fourier transform, the thing that's going to result is that they're all mixed together. So the point being is you're right. And there's a good reason for that. Because of inefficiency, you don't want a large string of pilot symbols. Except you don't have any testimony that says that. Right. All I have is testimony explaining why it is the difference between a training symbol and a pilot symbol, which are quite different, and we need to keep that line separate. And the training symbols are a continuous set, whereas the pilot symbol is not. And so that difference can be explained through the efficiency that the entire patent is trying to achieve. Finally, there's the figure, that figure 6, that they quite often rely upon, where they look at column 11 and say, at lines 43 through 47, it says, although omitted from figure 6 for simplicity, pilot symbols may also be intermittently inserted into the data symbols 80 by the pilot training inserter. So they keep saying, well, that shows that the simplicity just means they didn't want to draw two vertical lines together to show them between. But look what it says. It says that the pilot symbols are inserted into data symbol 80. The data symbol is, there's only one, there's a data symbol that's labeled 80. They could have said it's inserted into data structure 72. They didn't say that. They said it's inserted into data symbol 80. But nobody's disputing that the claim includes inserting it into an individual data symbol. The question is whether the language is broad enough to also include inserting it between data symbols, right? Right. And that's why, that's going back to the natural language point of people inside hotel rooms, whereas no person could be inside a leaf. That doesn't make any sense. And similarly, the point of the invention was to get the efficiency that I've been discussing. The difference is that in the prior art, if the prior art was inserted between data symbols, I mean, it's very different than a hypothetical about hotel rooms because nobody says that anyone's going to sleep in the hallway when you're sleeping in hotel rooms. But the background of this patent is that the pilot symbols in the prior art were inserted between the data structure. Right. And the reason they had to do that is because they didn't have the ability to insert in frequency space. This was all in the time space. And similarly, the prior art was in the time space. But given now that you can do it in frequency space and add them that way, then the thing that's going to happen is the mixture. Okay. Thank you. Thank you. Thank you both. The case is taken under submission.